ACCEPTED
03-15-00342-CR
8125236
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/7/2015 4:57:13 PM
JEFFREY D. KYLE
CLERK

CASE NO. 03-15-00342, (TC# D-1-DC-14-904017)

LEE ANDREW GREEN  VS. STATE OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/7/2015 4:57:13 PM
JEFFREY D. KYLE
Clerk

An Appeal following a trial from
The 403th District Court, Travis County, Texas
No. D-1-DC-14-904017
Styled the State of Texas vs. Lee Andrew Green, Jr.

## REQUEST TO ABATE APPEAL UNDER
## TEXAS RULES OF APPELLATE PROCEDURE 7.1. (A) (2)

To The Honorable Clerk of Said Court:

Now comes Counsel on Appeal for Lee Andrew Green, Appellant in the above styled cause, and makes this his Request to Abate Appeal under Texas Rules of Appellate Procedure 7.1 (a) (2), and for good cause would show:

I.

Counsel for Appellant received notice on this date (Dec. 4, 2015) that the Appellant passed away on November 28th, 2015, while in custody in the Texas Department of Criminal Justice.   Appeal has been properly perfected.  The Court has not yet issued a mandate.  Therefore, Counsel for Appellant requests that the Court permanently abate the appeal as per Texas Rule of Appellate Procedure 7.1 (a) (2).

Respectfully Submitted,

_____/s/ Drew Phipps_____
Drew Phipps
Attorney for Appellant
7421 Burnet Rd. #288
Austin, Texas 78757
(512) 476-3111
Bar # 15963050

## CERTIFICATE OF SERVICE

I, Drew Phipps, Attorney for Appellant, do certify that on this the 7$^{h}$ day of December, 2015, a true and correct copy of the foregoing Appellant's Request to Abate Appeal was delivered by email to the Travis County District Attorney's Office, Blackwell-Thurman Criminal Justice Center, Austin, Texas 78701.

___/s/ Drew Phipps_____
Drew Phipps